IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NITALKUMAR J. RAVAL and NANDINI J. PATEL, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; MERRICK GARLAND, Attorney General of The United States; TRACY RENAUD, Senior Official Performing Duties of the Director for USCIS; DANIEL M. RENAUD, Director for USCIS Vermont Service Center; and THE UNITED STATES; <br><br> Defendants. | CASE NO. CV423-043 |

## **O R D E R**

Before the Court is the parties' Consent Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because

Defendants have filed neither an answer nor a motion for summary judgment in this case, the parties' request (Doc. 5) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of April 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA